UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| OSCAR MEJIA-VELIZ | § | |
| v. | § | Civil Action No. 5:26cv48-RWS-JBB |
| WARDEN, FCI-TEXARKANA | § | |

## ORDER

The Petitioner Oscar Mejia-Veliz filed this application for the writ of habeas corpus under 28 U.S.C. § 2241 complaining of the calculation of his sentence.  However, Petitioner did not submit a filing fee in the amount of $5.00 or an application for leave to proceed *in forma pauperis* which is accompanied by a data sheet or inmate account summary sheet certified by an officer at the institution in which he is presently confined.  It is accordingly

**ORDERED** that the Petitioner shall have thirty (30) days from the date of receipt of this order in which to either: (1) pay the statutory $5.00 filing fee, or (2) furnish an application for leave to proceed *in forma pauperis* which is accompanied by a properly certified *in forma pauperis* data sheet or inmate account record. The Clerk shall send Petitioner a copy of a standard *in forma pauperis* application form along with this order.  The data sheet or inmate account record may be obtained from an authorized officer at the institution where he is confined.

Failure to comply with this order may result in the dismissal of the petition without prejudice under Fed. R. Civ. P. 41(b).

SIGNED this the 27th day of March, 2026.

J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE