**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| OSCAR MERJIA-VELIZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:26CV48 |
| | § | |
| FCI TEXARKANA WARDEN | § | |
| | § | |
| Defendant | § | |

## O R D E R

On this day came to be heard Defendant's Motion for Extension of Time to File Responsive Pleading. Finding good cause, the motion should be granted.  Therefore, it is

**ORDERED** that Defendant's Motion for Extension of Time (Dkt. No. 6) is **GRANTED.**  Defendant shall file its first responsive pleading on or before **June 15, 2026**.

SIGNED this the 2nd day of June, 2026.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE